ROBERT J. CONGEL et al., as Members of the Executive Committee of, and on Behalf of, POUGHKEEPSIE GALLERIA COMPANY, Respondents, v MARC A. MALFITANO, Appellant.

Submitted July 17, 2017; decided September 5, 2017

Motion by The Real Estate Roundtable et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.